UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM SNELL,

        Plaintiff,                      Case No.  14-13661

v.                                       District Judge Denise Page Hood
                                       Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER**

      On March 18, 2015, Plaintiff filed a request for an extension of time to file a motion for summary judgment, originally due on January 15, 2015 [Docket #11].  On the same day, he filed the motion for summary judgment [Docket #10].

      Plaintiff's motion for an extension of time [Docket #11] is hereby GRANTED.


      IT IS SO ORDERED.

                                                           s/R. Steven Whalen
                                                            R. STEVEN WHALEN
                                                             UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 25, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager
